## BURCH vs. CHEW.

APPEAL from the court of the third district.

PORTER, J. delivered the opinion of the
court. The record in this case contains no
statement of facts by the Judge, no evidence
recorded by the clerk, no certificate that the
cause was tried on written documents, no
case agreed, nor no bill of exceptions. It is
certified by the clerk to contain a true and
complete transcript of the record, in the case
as above entitled, and the documents on file
in the same. This we held in the case of *Mon-
lon* vs. *Brandt & al's syndics*, was not sufficient
to enable us to examine the case on its merits,

The clerk's certificate that he has given a true transcript of the record does not enable the Supreme court to examine the facts of the case.

East'n District.
*Jan.* 1824

BURCH
*vs.*
CHEW

because it does not prove to us that all the matters on which the cause was tried, were made a part of the record, 10 *Martin*, 670.

It is therefore ordered, adjudged, and decreed, that the appeal be dismissed, with costs.

*M'Caleb* for the plaintiff, ——— for the defendant.